**APPROVED.**

*[Signature: Thomas A. Shriemand Jr.]*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| ROBERT REED, et al., ) | |
|     Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 3:09-CV-1223 |
| ) | Jury Trial Demand |
| TRUMAN JONES, JR., et al., ) | |
|     Defendants. ) | |

---

## STIPULATION OF DISMISSAL AS TO STATE OF TENNESSEE DEPARTMENT OF SAFETY, DAVE MITCHELL, MICHAEL CUMMINS, MICHAEL MORGAN, STANLEY CIEZKOWSKI AND TY DOWNING

---

By the signatures of the parties below, and pursuant to Rule 41(a)(1), the parties agree that the following defendants should be dismissed from this matter: State of Tennessee Department of Safety, Dave Mitchell, Michael Morgan, Michael Cummins, Stanley Ciezkowski and Ty Downing.

Agreed to by:

S/Dawn Jordan
DAWN JORDAN BPR 20383
Assistant Attorney General
Civil Rights and Claims Division
Office of the Attorney General
P. O. Box 20207
Nashville, Tennessee 37202