UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ROBERT REED, JR., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | NO. 3:09-1223 |
| ) | Judge Wiseman/Bryant |
| TRUMAN JONES, JR., et al., ) | **Jury Demand** |
| ) | |
| Defendants. ) | |

### O R D E R

Counsel for the defendant has filed a motion to continue the trial date and set a case management conference (Docket Entry No. 61). The District Judge has agreed to continue the trial. A telephone conference is set with the parties at **9:30 a.m. on Tuesday, July 13, 2010**, to discuss this matter. Counsel for the defendant shall initiate the conference call.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge