UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ROBERT REED, JR., et al., | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | NO. 3:09-1223<br>Judge Wiseman/Bryant |
| TRUMAN JONES, JR., et al., | ) ) | **Jury Demand** |
| Defendants. | ) | |

## O R D E R

A telephone conference was held with the parties on July 13, 2010, at which time the parties were directed to file a proposed case management plan within ten days or so. A follow-up case management conference by telephone was set by a previous order for July 20, 2010 (Docket Entry No. 28), however, that telephone conference is no longer necessary. The July 20, 2010 telephone conference is **CANCELED**.

It is so **ORDERED**.

        s/ John S. Bryant
        JOHN S. BRYANT
        United States Magistrate Judge